OCT 28 2011

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ODYSSEY LOGISTICS AND TECHNOLOGY CORPORATION,
*Plaintiff-Appellant,*

v.

DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Defendant-Appellee.*

---

2011-1441

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 08-CV-1241, Judge Gerald Bruce Lee.

---

ON MOTION

---

## ORDER

Odyssey Logistics and Technology Corporation moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

ODYSSEY LOGISTICS v. KAPPOS                                              2

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__OCT 2 7 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc: Robert M. Bauer, Esq.
    Dennis C. Barghaan, Jr., Esq.

s21

Issued As A Mandate: __OCT 2 7 2011__

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/27/11

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK